# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET WATSON and WILLIAM WATSON, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 10-6731 |
| | : | |
| HAVERFORD TOWNSHIP POLICE DEPARTMENT, THE TOWNSHIP OF HAVERFORD, CARMEN D. PETTINE, HARVEY PIKE, STEVEN GILL, and JOHN PILI, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *6th* day of *June*, 2011, upon consideration of Defendant John Pili's Motion to Dismiss Plaintiffs' Amended Complaint (Docket No. 10) and Plaintiffs' Response in Opposition (Docket No. 13), it is hereby **ORDERED** that Defendant's Motion to Dismiss (Docket No. 10) is **DENIED** in its entirety.

It is so **ORDERED**.

                                                                         BY THE COURT:


                                                   *s/ Ronald L. Buckwalter*
                                                   RONALD L. BUCKWALTER, S.J.